IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TOBY WILLIAMS, #631555 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv567 |
| BRYAN COLLIER, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Toby Williams, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. On December 28, 2018, Mr. Williams filed a motion to certify a class (Dkt. #11).

The above motion was referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge (Dkt. #14), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that Mr. Williams' motion to certify a class (Dkt. #11) is **DENIED**.

**SIGNED** this the **26** day of **March, 2019.**

_____
Thad Heartfield
United States District Judge